**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| KAYA SIMIONS, ) | |
| ) | |
|     Movant ) | |
|   v. ) | **2:09-cr-199-GZS** |
| ) | **2:11-cv-154-GZS** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Respondent ) | |


## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 52) filed January 9, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Movant's 28 U.S.C. § 2255 Motion is **DENIED**. It is **ORDERED** that a certificate of appealability shall not issue in the event that Movant files a Notice of Appeal because there is no substantial showing of the denial of a constitutional right as contemplated by 28 U.S.C. § 2253(c)(2).


                                                                      /s/ George Z. Singal
                                                                      United States District Judge

Dated this 6th day of February, 2012.